

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00106-CV

Richard **TAYLOR,**
Appellant-s

v.

**CITY PUBLIC SERVICE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18094
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The clerk's record in this appeal was originally due March 27, 2017 but was not filed. On March 28, 2017, the clerk filed a notification of late record stating the clerk's record was not filed on the due date because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. We ordered appellant to provide written proof to this court that either (1) the clerk's fee had been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants were entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). We advised that if appellant failed to file such proof within the time provided, this appeal would be dismissed for want of prosecution. *See id.* R. 37.3(b).

In response, appellant filed proof that he has provided payment to the clerk for preparation of the clerk's record. Accordingly, we **ORDER** the Bexar County District Clerk to file the clerk's record in this court on or before **May 31, 2017**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

Keith E. Hottle
Clerk of Court